A.J. Kung, Esq.
Nevada Bar No. 7052
Brandy Brown, Esq.
Nevada Bar No. 9987
KUNG & BROWN
1020 Garces Avenue
Las Vegas, Nevada 89101
(702) 382-0883 Phone
(702) 382-2720 Fax
ajkung@ajkunglaw.com
bbrown@ajkunglaw.com
*Counsel for Debtor*

KUNG & BROWN
1020 Garces Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-0883 / Fax: (702) 382-2720

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

***

In re:

RICARDO LORENZO CROCKETT,

Debtor.

TIFFANIQUE WEBB-CROCKETT, SPECIAL ADMINISTRATOR OF THE ESTATE OF WES CROCKETT, et al,

Plaintiff(s),

v.

RICARDO LORENZO CROCKETT, AN INDIVIDUAL, et al,

Defendant(s).

Case No. 22-11445-abl

Chapter 7

Adversary Proceeding: 22-01105-abl

**NOTICE OF HEARING OF DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**

Hearing Date: August 23, 2022

Hearing Time: 10:00 AM

**NOTICE IS HEREBY GIVEN** that the following Defendant's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment ("Motion") was filed on July 5, 2022, by AJ Kung, Esq., attorney for the Debtor.

. . .

KUNG & BROWN
1020 Garces Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-0883 / Fax: (702) 382-2720

Any Opposition must be filed pursuant to Local Rule 9014(d)(1): Local Rule 9014(d)(1): "Oppositions to a motion must be filed and service must be completed on the movant no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

Local Rule 9014(b)(1): If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow* you to speak at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Blvd. South, Third Floor, Las Vegas, Nevada, 89101, on **August 23, 2022, at 10:00 a.m.**

DATED this 5th day of June, 2022.

Respectfully Submitted:

KUNG & BROWN

By: /s/ A.J. Kung

A.J. Kung, Esq.
Nevada Bar No. 7052
Brandy Brown, Esq.
Nevada Bar No. 9987
1020 Garces Avenue
Las Vegas, Nevada 89101
*Counsel for Debtor*

**COS**
A.J. Kung, Esq.
Nevada Bar No. 7052
Brandy L. Brown
Nevada Bar No. 9987
**KUNG & BROWN**
1020 Garces Avenue
Las Vegas, Nevada 89101
(702) 382-0883 Telephone
(702) 382-2720 Facsimile
E-Mail: ajkung@ajkunglaw.com
bbrown@ajkunglaw.com
*Counsel for Debtor*

KUNG & BROWN
1020 Garces Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-0883 / Fax: (702) 382-2720

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

***

| | |
|---|---|
| In re:<br><br>RICARDO LORENZO CROCKETT,<br><br>Debtor. | Case No. 22-11445-abl<br><br>Chapter 7<br><br>Adversary Proceeding: 22-01105-abl |
| TIFFANIQUE WEBB-CROCKETT, SPECIAL ADMINISTRATOR OF THE ESTATE OF WES CROCKETT, et al,<br><br>Plaintiff(s),<br><br>v.<br><br>RICARDO LORENZO CROCKETT, AN INDIVIDUAL, et al,<br><br>Defendant(s). | **CERTIFICATE OF SERVICE**<br><br>Hearing Date: August 23, 2022<br><br>Hearing Time: 10:00 AM |

I hereby certify that on the 5th day of July, 2022, I served a true and correct copy of Notice of Hearing on Defendant's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment to the parties listed as follows:

KUNG & BROWN
1020 Garces Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-0883 / Fax: (702) 382-2720

__X__ **(VIA ELECTRONIC SERVICE)** Pursuant to Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the Districts of Nevada, the above-referenced documents were electronically filed on the dates noted above and served through the Notice of Electronic Filing automatically generated by the Court.

AJ KUNG on behalf of Debtor RICARDO CROCKETT
ajkung@ajkunglaw.com; paralegal4@ajkunglaw.com; paralegal5@ajkunglaw.com;

VALERIE L. DEL GROSSO on behalf of Creditor Tiffanique Webb-Crockett
valerie@delgrossolaw.com

VALERIE L. DEL GROSSO on behalf of Plaintiff TIFFANIQUE WEBB-CROCKETT, SPECIAL ADMINISTRATOR OF THE ESTATE OF WES CROCKETT
valerie@delgrossolaw.com

TROY S. FOX
trusteefox@crosby-fox.com, NV34@ecfcbis.com

A.J. KUNG on behalf of Debtor RICARDO LORENZO CROCKETT
ajkung@ajkunglaw.com, bbrown@ajkunglaw.com;paralegal2@ajkunglaw.com;paralegal5@ajkunglaw.com;paralegal4@ajkunglaw.com

U.S. TRUSTEE - LV - 7
USTPRegion17.LV.ECF@usdoj.gov

_____ **(VIA UNITED STATES MAIL)** By depositing a copy of the above-referenced documents in the United States Mail, first class postage prepaid, addressed to all the parties listed below and on the attached service list, at their last known mailing addresses, on the date written above.

_____ **(OVERNIGHT COURIER)** By depositing, a copy of the above-referenced document for priority overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties listed below, at their last known delivery address.

_____ **(VIA FACSIMILE)** By Facsimile Service transmission to the parties listed below, on the date written above.

. . .

. . .

. . .

___ **(VIA EMAIL)** By electronic mail transmission to the following parties listed above and on the attached emails.

*/s/ Brooke Bishop*
An Employee of Kung and Brown

KUNG & BROWN
1020 Garces Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-0883 / Fax: (702) 382-2720